**No. 10-118. Dawn Georgette Myers, Petitioner v. Central Florida Investments, Inc., et al.**

562 U.S. 890, 131 S. Ct. 299, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 6947.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 592 F.3d 1201.